Knickerbocker Trust Company v. John H. Stoutenburgh.— Motion denied, with ten dollars costs.

Remsen Schenck and Others v. Elsie Boyd, Individually, etc.— Motion denied, with ten dollars costs.

Simeon Cohen, an Infant, etc., v. Rose Katz, etc.— Motion denied, with ten dollars costs.

H. McIntosh Sadler and Others v. Boston and Bolivia Rubber Company.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and question certified as stated in order.

London Realty Company v. Coleman Stable Company, Impleaded, etc.— Motion denied, with ten dollars costs.

In the Matter of the Mayor, etc. In the Matter of Grote Street (Petition of Gleason).— Motion denied, with ten dollars costs.

Simon Heilbrunn v. German Alliance Insurance Company of New York.— Motion granted and question certified as stated in order.

Annie Jenner, as Administratrix, v. Julian B. Shope.— Motion granted and question certified.

Lina Ettlinger v. Italian Union Realty and Security Company and Others. (2 cases.) — Motions denied, with ten dollars costs.

In the Matter of John S. Falvey and Others.— Motion granted. Settle order on notice.

A. Lawrence Kerker v. Charles S. Levy and Others.— Motion denied, with ten dollars costs.

In the Matter of The City of New York (Matter of Garret Barry).— Motion granted. Settle order on notice.

In the Matter of New York City Interborough Railway Company (38).— Motion denied. Settle order on notice.

In the Matter of New York City Interborough Railway Company (39).— Motion granted and opposing counsel allowed costs as in an action to be taxed by the clerk. Settle order on notice.

In the Matter of New York City Interborough Railway Company (40).— Motion granted. Settle order on notice.

Anna Hill v. Katie Weisenberger, as Executrix, etc.— On appellant giving a bond to secure payment of costs on appeal, the application for a stay will be granted. Settle order on notice.

In the Matter of Herman S. Mendelsohn, an Attorney.— Reference ordered before the official referee. Settle order on notice.

John F. Patterson, as Trustee, v. Susan L. Vivian, Individually, etc.— Motion granted. Memorandum per curiam. Settle order on notice.

Herbert B. Kates v. Gustav Bok and Others. — Motion for reargument granted. Settle order on notice.

Joseph M. Lesser, as Trustee, v. Anabel Lyons and Others.— Decision of this application postponed until after determination of the motion to revive action at Special Term.